THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. SALVATORE CERLIGIONE, PLAINTIFF IN ERROR.

Submitted May 31, 1946—Decided September 12, 1946.

For the plaintiff in error, *Samuel Voltaggio.*

For the defendant in error, *Duane E. Minard, Jr.,* and *C. William Caruso.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Oliphant in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, DONGES, PERSKIE, WELLS, RAFFERTY, DILL, FREUND, McLEAN, JJ. 10.

*For reversal*—HEHER, COLIE, McGEEHAN, JJ. 3.